# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WILLIAM W. ALDEN, MD

VERSUS

PATRICK A. ROBERTS, DEANNA
GROS OLIVERO, ANTHONY C.
LANG, LANG'S ELECTRIC, INC.,
AND MEADOWBROOK HOMEOWNERS
ASSOCIATION, INC.

NO.    2021 CW 1493

**FEBRUARY 25, 2022**

---

In Re:    Meadowbrook Homeowners Association, Inc., Patrick A.
          Roberts, and Deanna Gros Olivero, applying for
          supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 2020-12814.

---

BEFORE:   **WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

    **WRIT DENIED.**

                     **VGW**
                     **AHP**
                     **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT